**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRIENDS OF ANIMALS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:19-cv-1403 CRC |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| U.S. FISH AND WILDLIFE SERVICE, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree that Plaintiffs' claims are dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Dated: September 19, 2019

Respectfully Submitted,

/s/ Michael Ray Harris
Michael Ray Harris (DC Bar # CO0049)
Director, Wildlife Law Program
Friends of Animals
Western Region Office
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
(720)-949-7791
michaelharris@friendsofanimals.org

*Counsel for Plaintiffs*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
SETH M. BARSKY
Chief
MEREDITH L. FLAX
Assistant Section Chief

*/s/ Frederick H. Turner*
FREDERICK H. TURNER
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources
Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

*Counsel for Defendants*